to file a brief as *amicus curiae* granted. Certiorari denied. JUS-TICE STEVENS took no part in the consideration or decision of this motion and this petition.

No. 86–1057. DRUMMOND CO., INC. *v.* HODEL, SECRETARY OF THE INTERIOR. C. A. D. C. Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this peti-tion.

No. 86–1260. MAJOR LEAGUE BASEBALL PLAYERS ASSN. ET AL. *v.* BALTIMORE ORIOLES, INC., ET AL. C. A. 7th Cir. Motions of National Football League Players Association et al. and Associated Actors & Artistes of America, AFL–CIO, for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 86–6055. MURPHY *v.* SOWDERS, WARDEN. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE POWELL would grant certiorari.

No. 86–6371 (A–655). SHAHID *v.* TEXAS. Ct. App. Tex., 14th Dist. Application for stay, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied.

No. 86–558. YAMAMOTO *v.* KLENSKE ET AL., 479 U. S. 1064;
No. 86–814. WHITE MOUNTAIN APACHE TRIBE ET AL. *v.* ARIZONA STATE TRANSPORTATION BOARD ET AL., 479 U. S. 1060;
No. 86–827. JAIN *v.* ITT GRINNELL CORP., 479 U. S. 1065;
No. 86–5647. BERCAW *v.* MANDAK, JUDGE, 479 U. S. 992;
No. 86–5681. KOVACS *v.* MERIT SYSTEMS PROTECTION BOARD, 479 U. S. 1038;
No. 86–5901. FUGITT *v.* GEORGIA, 479 U. S. 1070;
No. 86–5939. THOMAS *v.* LINCOLN UNIVERSITY, 479 U. S. 1068;
No. 86–5973. SELLNER *v.* PANAGOULIS ET AL., 479 U. S. 1069;
No. 86–6037. SELLNER *v.* PANAGOULIS ET AL., 479 U. S. 1069; and
No. 86–6128. JACKSON *v.* NEWSOME, WARDEN, 479 U. S. 1099. Petitions for rehearing denied.

No. 85–685. ESCHLER ET AL. *v.* BOEING CO., 474 U. S. 1082. Motion for leave to file petition for rehearing denied.